## DANIELS et al. v. THE CITY OF DENVER.

PRACTICE — *objections to the record must be made in apt time.* By moving to strike out a bill of exceptions, other objections to the record which are not then assigned are waived.

JUDGMENT — *in arrest — whether it is final.* A judgment upon a motion in arrest that defendant go without day is final, and the writ of error lies to remove the record into this court.

*Error to District Court, Arapahoe County.*

AFTER verdict for plaintiff in the court below, judgment was arrested. Defendant moved to quash the writ, for that no final judgment was ever given.

Per CURIAM. Defendant in error at a former day moved to quash the bill of exceptions, which was allowed below

and thereby admitted that, saving this objection, the record was properly here. Moreover, judgment was given in the court below that defendant go without day ; this was a final judgment, and the writ of error well lies. *Faver* v. *Philbrick*, 5 N. H. 358; *Powell* v. *Kinsey*, 6 Blackf. 359.

*Motion denied.*